UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY S. TIFT,<br><br>                     Plaintiff/Appellant,<br><br>   v.<br><br>RESOURCE TRANSITION CONSULTANTS, LLC, et al.,<br><br>                     Defendants/Appellees. | CASE NO. C15-0415-RSL<br><br>REPORT AND RECOMMENDATION |

      A motion to proceed *in forma pauperis* (IFP) was filed in this case. (Dkt. 2.) However, plaintiff failed to submit the proper IFP form. The Court, therefore, lacked complete information for a determination of eligibility to proceed IFP. By Order dated March 20, 2015, the Court directed plaintiff to submit a completed IFP application and written consent form within twenty days of the date of the Order. The Court further advised that failure to comply with the Order in a timely manner may result in denial of the application to proceed IFP and/or dismissal of this matter.

      To date, the Court has not received a response to its Order or a completed IFP application from plaintiff. Accordingly, the Court recommends the motion to proceed IFP (Dkt. 2) be

REPORT AND RECOMMENDATION
PAGE - 1

1  DENIED. This action should proceed in this Court only if plaintiff pays the $400 filing fee
2  within **thirty (30) days** after entry of the Court's Order adopting this Report and
3  Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk
4  should close the file.

5  <u>DEADLINE FOR OBJECTIONS</u>

6  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
7  served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and
8  Recommendation is signed. Failure to file objections within the specified time may affect your
9  right to appeal. Objections should be noted for consideration on the District Judge's motions
10 calendar for the third Friday after they are filed. Responses to objections may be filed within
11 **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will
12 be ready for consideration by the District Judge on <u>**May 8, 2015**</u>.

13 DATED this <u>23rd</u> day of April, 2015.

15 *[signature]*
   Mary Alice Theiler
16 United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2